# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

CRIMINAL NO. 11-27-DLB

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

JOSE DAVID SALCIDO                                          DEFENDANT

## REPORT AND RECOMMENDATION

On May 12, 2011 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, JOSE DAVID SALCIDO, show cause why his supervised release should not be revoked. The defendant was present in Court and represented by Steve Smith and the United States was present through Assistant United States Attorney Chris Nasson. The proceedings were recorded by official court reporter Joan Averdick and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted violating the terms of his supervised release as set out in the March 12, 2011 violation report of U.S.P.O. Leanne Vonderhaar.

After pleading guilty in the United States District Court for the Southern District of Texas to one count of Possession with Intent to Distribute Approximately 83 Kilograms of Marijuana in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), defendant was sentenced on June 14, 2007 to twenty-six months imprisonment followed by three years supervised release to include drug surveillance, drug treatment, mental health treatment, nighttime restrictions, and alcohol abstinence. Defendant's terms of supervised release began on October 16, 2008 at which time the supervision

1

was transferred to Tampa, Florida. On June 16, 2009 defendant was accepted for courtesy supervision in the Eastern District of Kentucky where Salcido resided with his aunt, and on May 3, 2011 this Court accepted transfer jurisdiction to the Eastern District of Kentucky. Defendant stands charged with the following violations:

> **VIOLATION #1: THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER.**

On March 25, 2011 Agent James Bellamy from Homeland Security notified the probation office of defendant's unauthorized travel to Mexico. On or about February 16, 2011 Border Patrol agents conducted an inspection at Hidalgo, Texas International Bridge Vehicle Primary which is located on the Texas/Mexico border. The defendant made an entry into the United States by attempting to walk back across in the United States from Mexico. He informed Border Patrol inspectors that he was returning to Warsaw, Kentucky and admitted that he lives with his half-brother who is a Border Crossing Card holder. Defendant stated he was transporting his undocumented aunt, Maria Angelica Flores' three minor children, one of which was also identified as undocumented. Defendant also admitted that his aunt is unlawfully present in the United States and has not been deported. The defendant was not given permission to travel outside of the Eastern District of Kentucky and/or to Mexico in February, 2011.

> **VIOLATION #2: THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.**

On March 22, 2011, the probation office was notified by Homeland Security that the defendant's aunt, identified above, had been arrested for alleged immigration violations. Upon a search of the aunt's purse, agents obtained a Texas drivers license belonging to the defendant. Upon review of the drivers license, the probation office positively identified Salcido as the person in the

photo. The drivers license was issued February 18, 2010 and listed an address of 513 Costa Rico, Pharr, Texas. The Texas drivers license #22163644 matched the Texas drivers license number as listed in defendant's presentence report. This defendant's Kentucky drivers license is suspended in Kentucky due to Gallatin County, Kentucky violations which included operating motor vehicle under the influence of alcohol/drugs. Salcido was ineligible to drive or obtain/renew a Texas drivers license.

The parties announced that an agreement has been reached as to the appropriate disposition of this case, and the Court being satisfied from dialogue with the defendant that he understands the nature of the charges pending against him, has had ample opportunity to consult with counsel, and enters this agreement knowingly and voluntarily, accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of his supervised release as set out above, and that his supervised release be REVOKED;

2. That the defendant, JOSE DAVID SALCIDO, be sentenced to the custody of the Attorney General for a period of **FOUR (4) MONTHS** with no supervised release to follow.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within fourteen (14) days.** A party may file a response to another party's objections within fourteen (14) days after being served with a copy

thereof. Rule 72(b), Fed.R.Civ.P.

This 12th day of May, 2011.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge