**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 11-27-DLB-JGW**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**vs.**                                **ORDER**

**JOSE DAVID SALCIDO**                                           **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of four (4) months imprisonment with no supervised release to follow. (Doc. # 7). During the evidentiary hearing conducted by Magistrate Judge Wehrman on May 12, 2011, Defendant orally stipulated to violating the terms of his supervised release as set out in the March 12, 2011 violation report. (Doc. # 7).

Defendant having executed a waiver of his right to allocution (Doc. # 6), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 7) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **four (4) months** with no supervised release to follow; and

(5) A Judgment shall be entered contemporaneously herewith.

This 1st day of June, 2011.



G:\DATA\ORDERS\Covington Criminal\2011\11-27 Order adopting R&R.wpd